IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  05-30127-WDS |
| ) | |
| GARY W. REICKENBACKER, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING APPLICATION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of GARY W. REICKENBACKER, in the United States District Court at East St. Louis, Illinois, on the **15th day of September, 2005, at the hour of 9:30 a.m.**

IT IS SO ORDERED.

DATED this 23rd day of August, 2005.


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**United States Magistrate Judge**